**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FRANK BRETT,

        Plaintiff,

vs.                                                    CASE NO. 6:08-CV-556-ORL-19KRS

AUSTIN AARONSON, et al.,

        Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 4, filed June 16, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 4) is **ADOPTED and AFFIRMED.** The Application to Proceed Without Prepayment of Fees (Doc. No. 2, filed April 11, 2008) and the Motion to Amend Lawsuit (Doc. No. 3, filed April 18, 2008) are **DENIED.** Plaintiff Brett's Complaint (Doc. No. 1, filed April 11, 2008) is **DISMISSED without prejudice.** Plaintiff shall have eleven (11) days from the date of this Order to file an amended complaint which shows, *inter alia*, that jurisdiction over his claims exists in this Court.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff Brett at his address of record.

**DONE AND ORDERED** at Orlando, Florida, this   8th   day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record